**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000061**
**21-APR-2015**
**10:27 AM**

NO. CAAP-13-0000061

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
PATRICK DEGUAIR, JR., Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0773)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on February 27, 2015, is hereby corrected as follows:

On page 8, in the tenth line of the first paragraph of Section B., "Betran" should be corrected to read "Beltran".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, April 21, 2015.

FOR THE COURT:

*Craig H. Nakamura*
Chief Judge

---

[1] Nakamura, Chief Judge, and Reifurth, J., with Fujise, J., concurring and dissenting.